**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

| | |
|---|---|
| Charles Stovall Weems, III | Martha R. Crenshaw |
| Gold, Weems, Bruser, el al | Attorney at Law |
| P. O. Box 6118 | 2001 MacArthur Drive |
| Alexandria LA 71307-6118 | Alexandria LA 71309 |

**REHEARING ACTION: November 22, 2017**

**Docket Number: 17-549 CW consolidated with 17-468 CW & 17-528 CW**

**WALTER GABRIEL, JR. AND CHRISTINE LEWIS**
**VERSUS**
**RITCHIE REAL ESTATE, LLC, ET AL.**

**Writ Application from Rapides Parish Case No. 257141**

**BEFORE JUDGES:**

**Hon. Phyllis M. Keaty**
**Hon. Van H. Kyzar**
**Hon. Candyce G. Perret**

As counsel of record in the captioned case, you are hereby notified that the ruling on

the application for rehearing filed by **Walter Gabriel, Jr. and Christine Lewis** is:

> **MOTION  FOR  REHEARING  DENIED.**  In support of their motion for rehearing, Plainitffs assert that the original petition was fax-filed on October 18, 2016, thus making the original petition timely filed. However, we find that even if the original petition were timely filed, our original decision to dismiss Plaintiffs' claim under the Louisiana Unfair Trade Practice Act (LUTPA), La.R.S. 51:1401, et seq., remains unchanged. In that regard, we reiterate our finding that because the amended petition wherein Plaintiffs raise the LUPTA claim was filed after the peremptive period under La.R.S. 51:1409(E) had expired, the relation back concept set forth in La.Code Civ.P. art. 1153 cannot be applied to render the LUPTA claim timely. *See Robin v. Allstate Ins. Co.*, 02-689 (La.App. 3 Cir. 2/5/03), 844 So.2d 41, *writ denied*, 03-1818 (La. 10/17/03), 855 So.2d 763. For these reasons, we hereby deny Plaintiffs' motion for rehearing.

cc: Randall Brian Keiser, Counsel for the Respondent
    Jeremy C. Cedars, Counsel for the Respondent
    Richard Alan Rozanski, Counsel for the Applicant
    Connor Junkin, Counsel for the Applicant
    Marc W. Judice, Counsel for the Respondent
    J. Ryan Pierret, Counsel for the Respondent